UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL WALCH,

          Plaintiff,

    v.

ALLSTATE INDEMNITY COMPANY,

          Defendants.

Case No. C20-874RSL

ORDER TO SHOW CAUSE

On June 19, 2020, the Court issued an order requiring the parties to file a Joint Status Report by July 20, 2020. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, August 14, 2020, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of June 19, 2020. The Clerk is directed to place this Order to Show Cause on the Court's calendar for August 14, 2020.

DATED this 30th day of July, 2020.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE